IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY R HASTINGS,

    Plaintiff,

v.                                          CASE NO. 4:04-cv-00350-MP-AK

KEGGERIS,
C MATTHEWS,
C SHOCKLEY,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 9, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the Southern District of Florida. The plaintiff filed objections, doc. 10, in which he points out that Defendant Shockley resides in Tallahassee. The Court agrees with the Magistrate Judge that, although one of the defendants resides in the Northern District, the heart of the case involves the grievance process at Okeechobee Correctional Institution, which is in the Southern District of Florida, and therefore the case is best adjudicated there. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The Clerk is directed to transfer this case to the Southern District of Florida.

    **DONE AND ORDERED** this  *13th*   day of June, 2005



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge